## Sparks Appeal.

Argued October 3, 1974. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Richard J. Harcar,* with him *Community Legal Services, Inc.,* for appellant.

*Larrick B. Stapleton,* with him *Franchot Golub,* for appellee.

OPINION PER CURIAM, October 10, 1974:

The order of the Commonwealth Court is vacated and the record is remanded for further proceedings and consideration in the light of our decision in Re: Nomination Paper of Thomas E. Welsh for the Sixth (6) Senatorial District.█